UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHENA C. HANUSCIN, | ) | No. CV 09-8999-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: November 17, 2010         /S/ ROSALYN M. CHAPMAN
                                                         ROSALYN M. CHAPMAN
                                                   UNITED STATES MAGISTRATE JUDGE

R&R-MDO\09-8999.jud
11/17/10